# Exhibit A

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Banamerica Financial Group Inc**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 2/17/21 | | ACH | Wells Real Estate Investment LLC | | $   11,250.00 |
| Bank of America, 5029 | 2/23/21 | | ACH | Wells Real Estate Investment LLC | | 350.00 |
| Bank of America, 5029 | 2/25/21 | | ACH | Wells Real Estate Investment LLC | | 30,050.00 |
| Bank of America, 5029 | 3/1/21 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bank of America, 5029 | 3/3/21 | | ACH | Wells Real Estate Investment LLC | | 450.00 |
| Bank of America, 5029 | 3/9/21 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bank of America, 5029 | 3/16/21 | | ACH | Wells Real Estate Investment LLC | | 1,050.00 |
| Bank of America, 5029 | 3/19/21 | | ACH | Wells Real Estate Investment LLC | | 22,493.70 |
| Bank of America, 5029 | 3/22/21 | | ACH | Wells Real Estate Investment LLC | | 12,250.00 |
| Bank of America, 5029 | 3/30/21 | | ACH | Wells Real Estate Investment LLC | | 6,400.00 |
| Bank of America, 5029 | 4/5/21 | | ACH | Wells Real Estate Investment LLC | | 10,604.54 |
| Bank of America, 5029 | 4/6/21 | | ACH | Wells Real Estate Investment LLC | | 9,000.00 |
| Bank of America, 5029 | 4/8/21 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bank of America, 5029 | 4/14/21 | | ACH | Wells Real Estate Investment LLC | | 2,280.00 |
| Bank of America, 5029 | 4/21/21 | | ACH | Wells Real Estate Investment LLC | | 6,680.00 |
| Bank of America, 5029 | 4/23/21 | | ACH | Wells Real Estate Investment LLC | | 2,550.00 |
| Bank of America, 5029 | 4/27/21 | | ACH | Wells Real Estate Investment LLC | | 3,575.00 |
| Bank of America, 5029 | 5/4/21 | | ACH | Wells Real Estate Investment LLC | | 3,150.00 |
| Bank of America, 5029 | 5/11/21 | | ACH | Wells Real Estate Investment LLC | | 825.00 |
| Bank of America, 5029 | 5/17/21 | | ACH | Wells Real Estate Investment LLC | | 275.00 |
| Bank of America, 5029 | 5/18/21 | | ACH | Wells Real Estate Investment LLC | | 5,695.00 |
| Bank of America, 5029 | 5/21/21 | | ACH | Wells Real Estate Investment LLC | | 2,250.00 |
| Bank of America, 5029 | 5/27/21 | | ACH | Wells Real Estate Investment LLC | | 600.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Banamerica Financial Group Inc**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 6/2/21 | | ACH | Wells Real Estate Investment LLC | | 12,625.00 |
| Bank of America, 5029 | 6/4/21 | | ACH | Wells Real Estate Investment LLC | | 2,850.00 |
| Bank of America, 5029 | 6/10/21 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bank of America, 5029 | 6/18/21 | | ACH | Wells Real Estate Investment LLC | | 1,800.00 |
| Bank of America, 5029 | 6/21/21 | | ACH | Wells Real Estate Investment LLC | | 630.00 |
| Bank of America, 5029 | 6/24/21 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bank of America, 5029 | 6/29/21 | | ACH | Wells Real Estate Investment LLC | | 21,025.00 |
| Bank of America, 5029 | 7/6/21 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bank of America, 5029 | 7/8/21 | | ACH | Wells Real Estate Investment LLC | | 23,167.07 |
| Bank of America, 5029 | 7/16/21 | | ACH | Wells Real Estate Investment LLC | | 7,900.00 |
| Bank of America, 5029 | 7/23/21 | | ACH | Wells Real Estate Investment LLC | | 875.00 |
| Bank of America, 5029 | 7/26/21 | | ACH | Wells Real Estate Investment LLC | | 350.00 |
| Bank of America, 5029 | 7/29/21 | | ACH | Wells Real Estate Investment LLC | | 34,927.20 |
| Bank of America, 5029 | 8/3/21 | | ACH | Wells Real Estate Investment LLC | | 6,800.00 |
| Bank of America, 5029 | 8/4/21 | | ACH | Wells Real Estate Investment LLC | | 1,950.00 |
| Bank of America, 5029 | 8/5/21 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bank of America, 5029 | 8/16/21 | | ACH | Wells Real Estate Investment LLC | | 2,975.00 |
| Bank of America, 5029 | 8/17/21 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bank of America, 5029 | 8/23/21 | | ACH | Wells Real Estate Investment LLC | | 8,357.44 |
| Bank of America, 5029 | 8/25/21 | | ACH | Wells Real Estate Investment LLC | | 4,350.00 |
| Bank of America, 5029 | 8/26/21 | | ACH | Wells Real Estate Investment LLC | | 1,050.00 |
| Bank of America, 5029 | 9/1/21 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bank of America, 5029 | 9/8/21 | | ACH | Wells Real Estate Investment LLC | | 14,250.00 |

<table>
<tr><td colspan="8"><b>Securities and Exchange Commission,</b><br><b>Plaintiff</b><br><b>v.</b><br><b>Wells Real Estate Investment LLC, et al.</b><br><b>Defendants</b><br><b>Case No.: 9:24-cv-80980-DMM</b><br><b>United States District Court</b><br><b>For the Southern District of Florida</b></td></tr>
</table>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Transfer To/From: Banamerica Financial Group Inc** | | | |

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | | Checks / Debits |
|---|---|---|---|---|---|---|---|
| Bank of America, 5029 | 9/13/21 | | ACH | Wells Real Estate Investment LLC | | | 29,735.41 |
| Bank of America, 5029 | 9/17/21 | | ACH | Wells Real Estate Investment LLC | | | 24,758.56 |
| Bank of America, 5029 | 9/22/21 | | ACH | Wells Real Estate Investment LLC | | | 960.00 |
| Bank of America, 5029 | 9/29/21 | | ACH | Wells Real Estate Investment LLC | | | 1,500.00 |
| Bank of America, 5029 | 10/1/21 | | ACH | Wells Real Estate Investment LLC | | | 4,800.00 |
| Bank of America, 5029 | 10/7/21 | | Wire | Wells Real Estate Investment LLC | $ | 1,500.00 | |
| Bank of America, 5029 | 10/8/21 | | ACH | Wells Real Estate Investment LLC | | | 26,600.00 |
| Bank of America, 5029 | 10/12/21 | | ACH | Wells Real Estate Investment LLC | | | 900.00 |
| Bank of America, 5029 | 10/14/21 | | ACH | Wells Real Estate Investment LLC | | | 300.00 |
| Bank of America, 5029 | 10/15/21 | | ACH | Wells Real Estate Investment LLC | | | 8,375.00 |
| Bank of America, 5029 | 10/20/21 | | ACH | Wells Real Estate Investment LLC | | | 5,100.00 |
| Bank of America, 5029 | 10/22/21 | | ACH | Wells Real Estate Investment LLC | | | 360.00 |
| Bank of America, 5029 | 10/28/21 | | ACH | Wells Real Estate Investment LLC | | | 9,800.00 |
| Bank of America, 5029 | 11/3/21 | | ACH | Wells Real Estate Investment LLC | | | 10,850.00 |
| Bank of America, 5029 | 11/4/21 | | ACH | Wells Real Estate Investment LLC | | | 2,585.00 |
| Bank of America, 5029 | 11/9/21 | | ACH | Wells Real Estate Investment LLC | | | 600.00 |
| Bank of America, 5029 | 11/12/21 | | ACH | Wells Real Estate Investment LLC | | | 4,650.90 |
| Bank of America, 5029 | 11/15/21 | | ACH | Wells Real Estate Investment LLC | | | 3,320.00 |
| Bank of America, 5029 | 11/16/21 | | ACH | Wells Real Estate Investment LLC | | | 350.00 |
| Bank of America, 5029 | 11/19/21 | | ACH | Wells Real Estate Investment LLC | | | 105.00 |
| Bank of America, 5029 | 11/24/21 | | ACH | Wells Real Estate Investment LLC | | | 34,840.00 |
| Bank of America, 5029 | 1/5/22 | | ACH | Wells Real Estate Investment LLC | | | 102,132.38 |
| Bank of America, 5029 | 1/7/22 | | ACH | Wells Real Estate Investment LLC | | | 16,550.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Banamerica Financial Group Inc**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 1/13/22 | | ACH | Wells Real Estate Investment LLC | | 4,788.33 |
| Bank of America, 5029 | 1/20/22 | | ACH | Wells Real Estate Investment LLC | | 4,750.00 |
| Bank of America, 5029 | 1/26/22 | | ACH | Wells Real Estate Investment LLC | | 375.00 |
| Bank of America, 5029 | 1/28/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bank of America, 5029 | 2/2/22 | | ACH | Wells Real Estate Investment LLC | | 3,625.00 |
| Bank of America, 5029 | 2/3/22 | | ACH | Wells Real Estate Investment LLC | | 3,125.00 |
| Bank of America, 5029 | 2/7/22 | | ACH | Wells Real Estate Investment LLC | | 38,422.50 |
| Bank of America, 5029 | 2/14/22 | | ACH | Wells Real Estate Investment LLC | | 3,212.50 |
| Bank of America, 5029 | 2/22/22 | | ACH | Wells Real Estate Investment LLC | | 1,875.00 |
| Bank of America, 5029 | 2/25/22 | | ACH | Wells Real Estate Investment LLC | | 5,100.00 |
| Bank of America, 5029 | 3/2/22 | | ACH | Wells Real Estate Investment LLC | | 20,492.37 |
| Bank of America, 5029 | 3/3/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bank of America, 5029 | 3/9/22 | | ACH | Wells Real Estate Investment LLC | | 3,250.00 |
| Bank of America, 5029 | 3/16/22 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bank of America, 5029 | 3/16/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bank of America, 5029 | 3/31/22 | | ACH | Wells Real Estate Investment LLC | | 1,800.00 |
| Bank of America, 5029 | 4/4/22 | | ACH | Wells Real Estate Investment LLC | | 5,668.67 |
| Bank of America, 5029 | 4/7/22 | | ACH | Wells Real Estate Investment LLC | | 7,125.00 |
| Bank of America, 5029 | 4/8/22 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bank of America, 5029 | 4/11/22 | | ACH | Wells Real Estate Investment LLC | | 21,125.00 |
| Bank of America, 5029 | 4/18/22 | | ACH | Wells Real Estate Investment LLC | | 3,500.00 |
| Bank of America, 5029 | 4/21/22 | | ACH | Wells Real Estate Investment LLC | | 5,250.00 |
| Bank of America, 5029 | 4/29/22 | | ACH | Wells Real Estate Investment LLC | | 6,544.63 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Banamerica Financial Group Inc**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 5/4/22 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bank of America, 5029 | 5/5/22 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bank of America, 5029 | 5/11/22 | | ACH | Wells Real Estate Investment LLC | | 1,750.00 |
| Bank of America, 5029 | 5/11/22 | | ACH | Wells Real Estate Investment LLC | | 1,525.00 |
| Bank of America, 5029 | 5/18/22 | | ACH | Wells Real Estate Investment LLC | | 250.00 |
| Bank of America, 5029 | 5/19/22 | | ACH | Wells Real Estate Investment LLC | | 6,416.39 |
| Bank of America, 5029 | 5/25/22 | | ACH | Wells Real Estate Investment LLC | | 2,950.00 |
| Bill.com | 5/27/22 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bill.com | 6/6/22 | | ACH | Wells Real Estate Investment LLC | | 7,975.00 |
| Bill.com | 6/7/22 | | ACH | Wells Real Estate Investment LLC | | 1,250.00 |
| Bill.com | 6/9/22 | | ACH | Wells Real Estate Investment LLC | | 700.00 |
| Bank of America, 5029 | 6/16/22 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 250.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 2,450.00 |
| Bill.com | 6/23/22 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 350.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 1,050.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 3,500.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Banamerica Financial Group Inc**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 700.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 375.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 7,875.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 700.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 2,750.00 |
| Bill.com | 6/30/22 | | ACH | Wells Real Estate Investment LLC | | 700.00 |
| Bill.com | 7/1/22 | | ACH | Wells Real Estate Investment LLC | | 1,050.00 |
| Bill.com | 7/1/22 | | ACH | Wells Real Estate Investment LLC | | 2,800.00 |
| Bill.com | 7/6/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 7/6/22 | | ACH | Wells Real Estate Investment LLC | | 1,225.00 |
| Bill.com | 7/6/22 | | ACH | Wells Real Estate Investment LLC | | 550.00 |
| Bill.com | 7/7/22 | | ACH | Wells Real Estate Investment LLC | | 375.00 |
| Bill.com | 7/7/22 | | ACH | Wells Real Estate Investment LLC | | 7,975.00 |
| Bill.com | 7/11/22 | | ACH | Wells Real Estate Investment LLC | | 1,575.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 2,375.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 1,250.00 |
| Bill.com | 7/27/22 | | ACH | Wells Real Estate Investment LLC | | 2,185.44 |
| Bill.com | 7/27/22 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bill.com | 8/2/22 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bill.com | 8/2/22 | | ACH | Wells Real Estate Investment LLC | | 6,000.00 |
| Bill.com | 8/3/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Securities and Exchange Commission,** | | | | |
| | | **Plaintiff** | | | | |
| | | **v.** | | | | |
| | | **Wells Real Estate Investment LLC, et al.** | | | | |
| | | **Defendants** | | | | |
| | | **Case No.: 9:24-cv-80980-DMM** | | | | |
| | | **United States District Court** | | | | |
| | | **For the Southern District of Florida** | | | | |

| | | |
|---|---|---|
| | **Transfer To/From: Banamerica Financial Group Inc** | |

| | |
|---|---|
| **Source:** Bank statements & Bill.com | |

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 8/3/22 | | ACH | Wells Real Estate Investment LLC | | 420.00 |
| Bill.com | 8/3/22 | | ACH | Wells Real Estate Investment LLC | | 375.00 |
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 2,250.00 |
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 1,470.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 1,300.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 2,373.15 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 4,206.03 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 350.00 |
| Bill.com | 8/15/22 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 375.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 4,560.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 10,036.78 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 3,800.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 450.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Securities and Exchange Commission,**<br>**Plaintiff**<br>**v.**<br>**Wells Real Estate Investment LLC, et al.**<br>**Defendants**<br>**Case No.: 9:24-cv-80980-DMM**<br>**United States District Court**<br>**For the Southern District of Florida** | | | | |
| | | **Transfer To/From: Banamerica Financial Group Inc** | | | | |
| **Source:** Bank statements & Bill.com | | | | | | |
| **Bank ID #** | **Statement Clearing Date** | **Check # / Dep Ref #** | **Type** | **Payee / Received From** | **Deposits / Credits** | **Checks / Debits** |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 420.06 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 280.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 525.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 2,280.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 5,700.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 5,500.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 6,600.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 3,000.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 450.00 |
| Bill.com | 8/26/22 | | ACH | Wells Real Estate Investment LLC | | 6,088.54 |
| Bill.com | 9/2/22 | | ACH | Wells Real Estate Investment LLC | | 8,989.73 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 12,600.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 1,760.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 1,760.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Banamerica Financial Group Inc**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 1,120.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 4,560.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 1,520.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 3,040.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bill.com | 9/22/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 9/22/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 4,568.36 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 700.00 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 9/28/22 | | ACH | Wells Real Estate Investment LLC | | 2,400.00 |
| Bill.com | 9/28/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 9/28/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 8,928.89 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Securities and Exchange Commission,** **Plaintiff** **v.** **Wells Real Estate Investment LLC, et al.** **Defendants** **Case No.: 9:24-cv-80980-DMM** **United States District Court** **For the Southern District of Florida** | | | | |
| | | | | | | |
| | | **Transfer To/From: Banamerica Financial Group Inc** | | | | |
| | | | | | | |
| **Source:** Bank statements & Bill.com | | | | | | |
| | | | | | | |
| **Bank ID #** | **Statement Clearing Date** | **Check # / Dep Ref #** | **Type** | **Payee / Received From** | **Deposits / Credits** | **Checks / Debits** |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 1,407.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 3,500.00 |
| Bill.com | 10/24/22 | | ACH | Wells Real Estate Investment LLC | | 1,520.00 |
| Bill.com | 10/24/22 | | ACH | Wells Real Estate Investment LLC | | 8,623.56 |
| Bill.com | 10/24/22 | | ACH | Wells Real Estate Investment LLC | | 10,389.96 |
| Bill.com | 10/24/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 3,750.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 420.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 630.00 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 4,322.41 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,218.28 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 3,464.54 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 3,500.00 |
| Bill.com | 11/21/22 | | ACH | Wells Real Estate Investment LLC | | 3,222.40 |
| Bill.com | 11/29/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bill.com | 12/15/22 | | ACH | Wells Real Estate Investment LLC | | 3,629.76 |
| Bill.com | 12/20/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 12/21/22 | | ACH | Wells Real Estate Investment LLC | | 3,850.00 |

| | | | | **Securities and Exchange Commission,** | | |
| | | | | **Plaintiff** | | |
| | | | | **v.** | | |
| | | | | **Wells Real Estate Investment LLC, et al.** | | |
| | | | | **Defendants** | | |
| | | | | **Case No.: 9:24-cv-80980-DMM** | | |
| | | | | **United States District Court** | | |
| | | | | **For the Southern District of Florida** | | |
| | | | **Transfer To/From: Banamerica Financial Group Inc** | | | |
| **Source:** Bank statements & Bill.com | | | | | | |
| **Bank ID #** | **Statement Clearing Date** | **Check # / Dep Ref #** | **Type** | **Payee / Received From** | **Deposits / Credits** | **Checks / Debits** |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 350.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 630.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 420.00 |
| Bill.com | 2/3/23 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 2/3/23 | | ACH | Wells Real Estate Investment LLC | | 350.00 |
| Bill.com | 3/3/23 | | ACH | Wells Real Estate Investment LLC | | 630.00 |
| Bill.com | 3/28/23 | | ACH | Wells Real Estate Investment LLC | | 420.00 |
| Bill.com | 4/5/23 | | ACH | Wells Real Estate Investment LLC | | 904.13 |
| | | | | | $ 1,500.00 | $1,012,856.61 |