# Exhibit B

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Confia Financial Corporation**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 3/1/21 | | ACH | Wells Real Estate Investment LLC | | $ 1,300.00 |
| Bank of America, 5029 | 3/1/21 | | ACH | Wells Real Estate Investment LLC | | 650.00 |
| Bank of America, 5029 | 3/3/21 | | ACH | Wells Real Estate Investment LLC | | 975.00 |
| Bank of America, 5029 | 3/9/21 | | ACH | Wells Real Estate Investment LLC | | 1,625.00 |
| Bank of America, 5029 | 3/16/21 | | ACH | Wells Real Estate Investment LLC | | 2,275.00 |
| Bank of America, 5029 | 3/19/21 | | ACH | Wells Real Estate Investment LLC | | 9,750.00 |
| Bank of America, 5029 | 3/22/21 | | ACH | Wells Real Estate Investment LLC | | 1,300.00 |
| Bank of America, 5029 | 4/8/21 | | ACH | Wells Real Estate Investment LLC | | 650.00 |
| Bank of America, 5029 | 4/21/21 | | ACH | Wells Real Estate Investment LLC | | 4,290.00 |
| Bank of America, 5029 | 4/23/21 | | ACH | Wells Real Estate Investment LLC | | 5,525.00 |
| Bank of America, 5029 | 4/27/21 | | ACH | Wells Real Estate Investment LLC | | 2,600.00 |
| Bank of America, 5029 | 5/4/21 | | ACH | Wells Real Estate Investment LLC | | 650.00 |
| Bank of America, 5029 | 5/21/21 | | ACH | Wells Real Estate Investment LLC | | 1,300.00 |
| Bank of America, 5029 | 5/27/21 | | ACH | Wells Real Estate Investment LLC | | 1,300.00 |
| Bank of America, 5029 | 6/2/21 | | ACH | Wells Real Estate Investment LLC | | 1,625.00 |
| Bank of America, 5029 | 6/10/21 | | ACH | Wells Real Estate Investment LLC | | 1,820.00 |
| Bank of America, 5029 | 6/18/21 | | ACH | Wells Real Estate Investment LLC | | 3,900.00 |
| Bank of America, 5029 | 6/24/21 | | ACH | Wells Real Estate Investment LLC | | 1,950.00 |
| Bank of America, 5029 | 7/9/21 | | ACH | Wells Real Estate Investment LLC | | 1,950.00 |
| Bank of America, 5029 | 7/16/21 | | ACH | Wells Real Estate Investment LLC | | 650.00 |
| Bank of America, 5029 | 8/3/21 | | ACH | Wells Real Estate Investment LLC | | 4,500.00 |
| Bank of America, 5029 | 8/4/21 | | ACH | Wells Real Estate Investment LLC | | 650.00 |
| Bank of America, 5029 | 8/5/21 | | ACH | Wells Real Estate Investment LLC | | 3,250.00 |

<table>
<tr><td colspan="8"><b>Securities and Exchange Commission,<br>Plaintiff<br>v.<br>Wells Real Estate Investment LLC, et al.<br>Defendants<br>Case No.: 9:24-cv-80980-DMM<br>United States District Court<br>For the Southern District of Florida</b></td></tr>
</table>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | colspan 8 | | | | |

**Transfer To/From: Confia Financial Corporation**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | | Checks / Debits |
|---|---|---|---|---|---|---|---|
| Bank of America, 5029 | 8/17/21 | | ACH | Wells Real Estate Investment LLC | | | 1,950.00 |
| Bank of America, 5029 | 8/25/21 | | ACH | Wells Real Estate Investment LLC | | | 9,425.00 |
| Bank of America, 5029 | 9/1/21 | | ACH | Wells Real Estate Investment LLC | | | 1,625.00 |
| Bank of America, 5029 | 9/2/21 | | Wire | Wells Real Estate Investment LLC | | | 2,600.00 |
| Bank of America, 5029 | 9/2/21 | | ACH | Wells Real Estate Investment LLC | | | 2,600.00 |
| Bank of America, 5029 | 9/13/21 | | ACH | Wells Real Estate Investment LLC | | | 6,381.73 |
| Bank of America, 5029 | 9/17/21 | | ACH | Wells Real Estate Investment LLC | | | 7,800.00 |
| Bank of America, 5029 | 9/22/21 | | ACH | Wells Real Estate Investment LLC | | | 2,080.00 |
| Bank of America, 5029 | 9/29/21 | | ACH | Wells Real Estate Investment LLC | | | 3,250.00 |
| Bank of America, 5029 | 10/1/21 | | ACH | Wells Real Estate Investment LLC | | | 10,400.00 |
| Bank of America, 5029 | 10/7/21 | 4445 | Counter Credit | Wells Real Estate Investment LLC | $ | 3,250.00 | |
| Bank of America, 5029 | 10/12/21 | | ACH | Wells Real Estate Investment LLC | | | 1,950.00 |
| Bank of America, 5029 | 10/14/21 | | ACH | Wells Real Estate Investment LLC | | | 650.00 |
| Bank of America, 5029 | 10/15/21 | | ACH | Wells Real Estate Investment LLC | | | 650.00 |
| Bank of America, 5029 | 10/20/21 | | ACH | Wells Real Estate Investment LLC | | | 11,050.00 |
| Bank of America, 5029 | 10/22/21 | | ACH | Wells Real Estate Investment LLC | | | 780.00 |
| Bank of America, 5029 | 10/28/21 | | ACH | Wells Real Estate Investment LLC | | | 650.00 |
| Bank of America, 5029 | 11/4/21 | | ACH | Wells Real Estate Investment LLC | | | 2,925.00 |
| Bank of America, 5029 | 11/4/21 | | ACH | Wells Real Estate Investment LLC | | | 650.00 |
| Bank of America, 5029 | 11/8/21 | | ACH | Wells Real Estate Investment LLC | | | 1,300.00 |
| Bank of America, 5029 | 11/12/21 | | ACH | Wells Real Estate Investment LLC | | | 7,769.46 |
| Bank of America, 5029 | 11/15/21 | | ACH | Wells Real Estate Investment LLC | | | 5,135.00 |
| Bank of America, 5029 | 11/24/21 | | ACH | Wells Real Estate Investment LLC | | | 4,772.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Confia Financial Corporation**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 12/2/21 | | ACH | Wells Real Estate Investment LLC | | 11,050.00 |
| Bank of America, 5029 | 12/3/21 | | ACH | Wells Real Estate Investment LLC | | 1,125.00 |
| Bank of America, 5029 | 12/7/21 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bank of America, 5029 | 12/17/21 | | ACH | Wells Real Estate Investment LLC | | 1,300.00 |
| Bank of America, 5029 | 12/23/21 | | ACH | Wells Real Estate Investment LLC | | 5,200.00 |
| Bank of America, 5029 | 12/27/21 | | ACH | Wells Real Estate Investment LLC | | 6,045.00 |
| Bank of America, 5029 | 12/29/21 | | ACH | Wells Real Estate Investment LLC | | 3,250.00 |
| Bank of America, 5029 | 1/7/22 | | ACH | Wells Real Estate Investment LLC | | 2,450.00 |
| Bank of America, 5029 | 1/13/22 | | ACH | Wells Real Estate Investment LLC | | 1,540.00 |
| Bank of America, 5029 | 1/26/22 | | ACH | Wells Real Estate Investment LLC | | 1,050.00 |
| Bank of America, 5029 | 2/2/22 | | ACH | Wells Real Estate Investment LLC | | 7,700.00 |
| Bank of America, 5029 | 2/3/22 | | ACH | Wells Real Estate Investment LLC | | 8,750.00 |
| Bank of America, 5029 | 2/7/22 | | ACH | Wells Real Estate Investment LLC | | 1,050.00 |
| Bank of America, 5029 | 2/14/22 | | ACH | Wells Real Estate Investment LLC | | 6,595.00 |
| Bank of America, 5029 | 2/22/22 | | ACH | Wells Real Estate Investment LLC | | 5,250.00 |
| Bank of America, 5029 | 2/25/22 | | ACH | Wells Real Estate Investment LLC | | 1,750.00 |
| Bank of America, 5029 | 3/1/22 | | ACH | Wells Real Estate Investment LLC | | 4,200.00 |
| Bank of America, 5029 | 3/3/22 | | ACH | Wells Real Estate Investment LLC | | 2,800.00 |
| Bank of America, 5029 | 3/9/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bank of America, 5029 | 3/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bank of America, 5029 | 3/31/22 | | ACH | Wells Real Estate Investment LLC | | 3,500.00 |
| Bank of America, 5029 | 4/4/22 | | ACH | Wells Real Estate Investment LLC | | 4,200.00 |
| Bank of America, 5029 | 4/7/22 | | ACH | Wells Real Estate Investment LLC | | 15,050.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Confia Financial Corporation**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 4/8/22 | | ACH | Wells Real Estate Investment LLC | | 5,600.00 |
| Bank of America, 5029 | 4/11/22 | | ACH | Wells Real Estate Investment LLC | | 12,950.00 |
| Bank of America, 5029 | 4/18/22 | | ACH | Wells Real Estate Investment LLC | | 700.00 |
| Bank of America, 5029 | 4/21/22 | | ACH | Wells Real Estate Investment LLC | | 14,700.00 |
| Bank of America, 5029 | 5/4/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bank of America, 5029 | 5/11/22 | | ACH | Wells Real Estate Investment LLC | | 4,270.00 |
| Bank of America, 5029 | 5/18/22 | | ACH | Wells Real Estate Investment LLC | | 700.00 |
| Bank of America, 5029 | 5/19/22 | | ACH | Wells Real Estate Investment LLC | | 7,350.00 |
| Bank of America, 5029 | 5/25/22 | | ACH | Wells Real Estate Investment LLC | | 8,260.00 |
| | | | | | | |
| | | | | | $ 3,250.00 | $ 293,963.19 |