# Exhibit C

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Financial Rescue & Associates**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 3/19/21 | | ACH | Wells Real Estate Investment LLC | | $ 11,100.00 |
| Bank of America, 5029 | 3/22/21 | | ACH | Wells Real Estate Investment LLC | | 15,900.00 |
| Bank of America, 5029 | 3/30/21 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bank of America, 5029 | 4/5/21 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bank of America, 5029 | 4/21/21 | | ACH | Wells Real Estate Investment LLC | | 4,800.00 |
| Bank of America, 5029 | 7/6/21 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bank of America, 5029 | 7/23/21 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bank of America, 5029 | 9/17/21 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bank of America, 5029 | 11/19/21 | | ACH | Wells Real Estate Investment LLC | | 142.50 |
| Bank of America, 5029 | 2/2/22 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bank of America, 5029 | 4/4/22 | | ACH | Wells Real Estate Investment LLC | | 1,146.30 |
| Bank of America, 5029 | 4/11/22 | | ACH | Wells Real Estate Investment LLC | | 12,000.00 |
| Bank of America, 5029 | 4/18/22 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bank of America, 5029 | 5/5/22 | | ACH | Wells Real Estate Investment LLC | | 3,600.00 |
| Bank of America, 5029 | 5/11/22 | | ACH | Wells Real Estate Investment LLC | | 3,000.00 |
| Bank of America, 5029 | 5/18/22 | | Wire | Wells Real Estate Investment LLC | $ 10,000.00 | |
| Bank of America, 5029 | 6/6/22 | | ACH | Wells Real Estate Investment LLC | | 15,300.00 |
| Bank of America, 5029 | 6/16/22 | | ACH | Wells Real Estate Investment LLC | | 3,600.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 4,200.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 6,000.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 13,500.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Financial Rescue & Associates**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 7/1/22 | | ACH | Wells Real Estate Investment LLC | | 1,800.00 |
| Bill.com | 7/1/22 | | ACH | Wells Real Estate Investment LLC | | 4,800.00 |
| Bill.com | 7/6/22 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bill.com | 7/27/22 | | ACH | Wells Real Estate Investment LLC | | 3,600.00 |
| Bill.com | 8/3/22 | | ACH | Wells Real Estate Investment LLC | | 720.00 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 2,400.00 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 7,210.33 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 9/2/22 | | ACH | Wells Real Estate Investment LLC | | 892.45 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 1,920.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 21,600.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 15,306.67 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 6,000.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 2,412.00 |
| Bill.com | 10/24/22 | | ACH | Wells Real Estate Investment LLC | | 14,783.24 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 540.00 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 6,000.00 |
| Bill.com | 11/21/22 | | ACH | Wells Real Estate Investment LLC | | 5,524.11 |
| Bill.com | 11/29/22 | | ACH | Wells Real Estate Investment LLC | | 2,400.00 |
| Bill.com | 12/15/22 | | ACH | Wells Real Estate Investment LLC | | 6,222.45 |
| Bill.com | 12/20/22 | | ACH | Wells Real Estate Investment LLC | | 1,440.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 3,600.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 1,080.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Financial Rescue & Associates**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 720.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 2/3/23 | | ACH | Wells Real Estate Investment LLC | | 1,440.00 |
| Bill.com | 2/3/23 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 3/28/23 | | ACH | Wells Real Estate Investment LLC | | 720.00 |
| Bank of America, 5029 | 7/6/23 | 2666 | Counter Credit | Wells Real Estate Investment LLC | 9,200.00 | |
| | | | | | | |
| | | | | | $ 19,200.00 | $ 220,770.05 |