# Exhibit D

<table>
<tr><td colspan="8"><b>Securities and Exchange Commission,</b><br><b>Plaintiff</b><br><b>v.</b><br><b>Wells Real Estate Investment LLC, et al.</b><br><b>Defendants</b><br><b>Case No.: 9:24-cv-80980-DMM</b><br><b>United States District Court</b><br><b>For the Southern District of Florida</b></td></tr>
<tr><td colspan="8"><b>Transfer To/From: Giannotti Family Office</b></td></tr>
<tr><td colspan="8"><b>Source:</b> Bank statements & Bill.com</td></tr>
</table>

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 0021 | 5/22/23 | | ACH | Wells Real Estate Investment LLC | | $ 2,400.00 |
| Bank of America, 0021 | 5/22/23 | | ACH | Wells Real Estate Investment LLC | | 2,800.00 |
| Bank of America, 0021 | 5/22/23 | | ACH | Wells Real Estate Investment LLC | | 3,200.00 |
| Bank of America, 0021 | 5/22/23 | | ACH | Wells Real Estate Investment LLC | | 800.00 |
| Bank of America, 5029 | 5/25/23 | | Wire | Wells Real Estate Investment LLC | | 9,200.00 |
| Bank of America, 5029 | 7/20/23 | | ACH | Wells Real Estate Investment LLC | | 2,400.00 |
| Bank of America, 5029 | 7/20/23 | | ACH | Wells Real Estate Investment LLC | | 5,600.00 |
| Bank of America, 5029 | 7/20/23 | | ACH | Wells Real Estate Investment LLC | | 1,600.00 |
| Bank of America, 3550 | 8/10/23 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bank of America, 3550 | 8/14/23 | | ACH | Wells Real Estate Investment LLC | | 2,400.00 |
| Bank of America, 3550 | 8/22/23 | | ACH | Wells Real Estate Investment LLC | | 2,800.00 |
| Bank of America, 3550 | 8/22/23 | | ACH | Wells Real Estate Investment LLC | | 6,800.00 |
| Bank of America, 3550 | 8/22/23 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bank of America, 3550 | 8/22/23 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bank of America, 3550 | 9/5/23 | | ACH | Wells Real Estate Investment LLC | | 3,437.38 |
| Bank of America, 3550 | 9/8/23 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bank of America, 3550 | 10/10/23 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bank of America, 3550 | 10/10/23 | | ACH | Wells Real Estate Investment LLC | | 1,600.00 |
| Bank of America, 3550 | 10/10/23 | | ACH | Wells Real Estate Investment LLC | | 800.00 |
| Bank of America, 3550 | 10/10/23 | | ACH | Wells Real Estate Investment LLC | | 800.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Giannotti Family Office**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 3550 | 10/10/23 | | ACH | Wells Real Estate Investment LLC | | 4,545.20 |
| Bank of America, 3550 | 10/10/23 | | ACH | Wells Real Estate Investment LLC | | 6,106.14 |
| Bank of America, 3550 | 11/7/23 | | ACH | Wells Real Estate Investment LLC | | 14,750.00 |
| Bank of America, 3550 | 11/16/23 | | ACH | Wells Real Estate Investment LLC | | 800.00 |
| Bank of America, 3550 | 12/21/23 | | ACH | Wells Real Estate Investment LLC | | 9,000.00 |
| Bank of America, 3550 | 12/26/23 | | ACH | Wells Real Estate Investment LLC | | 24,000.00 |
| | | | | | $    - | $ 113,438.72 |