# Exhibit E

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Securities and Exchange Commission,** **Plaintiff** **v.** **Wells Real Estate Investment LLC, et al.** **Defendants** **Case No.: 9:24-cv-80980-DMM** **United States District Court** **For the Southern District of Florida** | | | |
| | | | **Transfer To/From: L&E Financial Services** | | | |
| **Source:** Bank statements & Bill.com | | | | | | |
| **Bank ID #** | **Statement Clearing Date** | **Check # / Dep Ref #** | **Type** | **Payee / Received From** | **Deposits / Credits** | **Checks / Debits** |
| Bank of America, 5029 | 3/19/21 | | ACH | Wells Real Estate Investment LLC | | $    4,000.00 |
| Bank of America, 5029 | 3/30/21 | | ACH | Wells Real Estate Investment LLC | | 2,760.00 |
| Bank of America, 5029 | 4/6/21 | | ACH | Wells Real Estate Investment LLC | | 3,765.28 |
| Bank of America, 5029 | 7/12/21 | | Wire | Wells Real Estate Investment LLC | | 8,000.00 |
| Bank of America, 5029 | 7/16/21 | | Wire | Wells Real Estate Investment LLC | | 800.00 |
| Bank of America, 5029 | 10/8/21 | | ACH | Wells Real Estate Investment LLC | | 8,000.00 |
| Bank of America, 5029 | 10/14/21 | | ACH | Wells Real Estate Investment LLC | | 8,000.00 |
| Bank of America, 5029 | 10/20/21 | | ACH | Wells Real Estate Investment LLC | | 5,842.73 |
| Bank of America, 5029 | 11/24/21 | | ACH | Wells Real Estate Investment LLC | | 3,200.00 |
| Bank of America, 5029 | 12/2/21 | | ACH | Wells Real Estate Investment LLC | | 8,800.00 |
| Bank of America, 5029 | 2/14/22 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bank of America, 5029 | 4/18/22 | | ACH | Wells Real Estate Investment LLC | | 4,080.00 |
| Bank of America, 5029 | 4/22/22 | | ACH | Wells Real Estate Investment LLC | | 3,994.00 |
| Bank of America, 5029 | 5/11/22 | | ACH | Wells Real Estate Investment LLC | | 2,040.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 800.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 1,946.16 |
| Bill.com | 2/15/23 | | ACH | Wells Real Estate Investment LLC | | 9,600.00 |
| | | | | | $         - | $   76,828.17 |