# Exhibit F

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 4/14/21 | | ACH | Wells Real Estate Investment LLC | | $      240.00 |
| Bank of America, 5029 | 4/21/21 | | ACH | Wells Real Estate Investment LLC | | 1,819.45 |
| Bank of America, 5029 | 4/21/21 | | ACH | Wells Real Estate Investment LLC | | 800.00 |
| Bank of America, 5029 | 4/23/21 | | ACH | Wells Real Estate Investment LLC | | 850.00 |
| Bank of America, 5029 | 4/27/21 | | ACH | Wells Real Estate Investment LLC | | 650.00 |
| Bank of America, 5029 | 5/4/21 | | ACH | Wells Real Estate Investment LLC | | 400.00 |
| Bank of America, 5029 | 5/6/21 | | ACH | Wells Real Estate Investment LLC | | 1,185.00 |
| Bank of America, 5029 | 5/11/21 | | ACH | Wells Real Estate Investment LLC | | 350.00 |
| Bank of America, 5029 | 5/17/21 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bank of America, 5029 | 5/18/21 | | ACH | Wells Real Estate Investment LLC | | 770.00 |
| Bank of America, 5029 | 5/21/21 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bank of America, 5029 | 5/24/21 | | ACH | Wells Real Estate Investment LLC | | 1,101.81 |
| Bank of America, 5029 | 5/27/21 | | ACH | Wells Real Estate Investment LLC | | 3,271.68 |
| Bank of America, 5029 | 6/2/21 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bank of America, 5029 | 6/4/21 | | ACH | Wells Real Estate Investment LLC | | 4,791.90 |
| Bank of America, 5029 | 6/10/21 | | ACH | Wells Real Estate Investment LLC | | 1,921.05 |
| Bank of America, 5029 | 6/16/21 | | ACH | Wells Real Estate Investment LLC | | 476.78 |
| Bank of America, 5029 | 6/18/21 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bank of America, 5029 | 6/21/21 | | ACH | Wells Real Estate Investment LLC | | 2,180.00 |
| Bank of America, 5029 | 6/23/21 | | ACH | Wells Real Estate Investment LLC | | 14,508.06 |
| Bank of America, 5029 | 6/24/21 | | ACH | Wells Real Estate Investment LLC | | 810.00 |
| Bank of America, 5029 | 6/29/21 | | ACH | Wells Real Estate Investment LLC | | 7,628.60 |
| Bank of America, 5029 | 7/1/21 | | ACH | Wells Real Estate Investment LLC | | 2,750.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 7/2/21 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bank of America, 5029 | 7/6/21 | | ACH | Wells Real Estate Investment LLC | | 1,356.82 |
| Bank of America, 5029 | 7/8/21 | | ACH | Wells Real Estate Investment LLC | | 4,617.47 |
| Bank of America, 5029 | 7/16/21 | | ACH | Wells Real Estate Investment LLC | | 1,100.00 |
| Bank of America, 5029 | 7/19/21 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bank of America, 5029 | 7/23/21 | | ACH | Wells Real Estate Investment LLC | | 1,130.87 |
| Bank of America, 5029 | 7/26/21 | | ACH | Wells Real Estate Investment LLC | | 100.00 |
| Bank of America, 5029 | 7/29/21 | | ACH | Wells Real Estate Investment LLC | | 5,086.53 |
| Bank of America, 5029 | 8/3/21 | | ACH | Wells Real Estate Investment LLC | | 4,400.00 |
| Bank of America, 5029 | 8/4/21 | | ACH | Wells Real Estate Investment LLC | | 3,400.00 |
| Bank of America, 5029 | 8/5/21 | | ACH | Wells Real Estate Investment LLC | | 4,580.00 |
| Bank of America, 5029 | 8/12/21 | | ACH | Wells Real Estate Investment LLC | | 1,829.69 |
| Bank of America, 5029 | 8/16/21 | | ACH | Wells Real Estate Investment LLC | | 850.00 |
| Bank of America, 5029 | 8/17/21 | | ACH | Wells Real Estate Investment LLC | | 2,300.00 |
| Bank of America, 5029 | 8/18/21 | | ACH | Wells Real Estate Investment LLC | | 580.62 |
| Bank of America, 5029 | 8/20/21 | | ACH | Wells Real Estate Investment LLC | | 729.45 |
| Bank of America, 5029 | 8/23/21 | | ACH | Wells Real Estate Investment LLC | | 1,069.20 |
| Bank of America, 5029 | 8/25/21 | | ACH | Wells Real Estate Investment LLC | | 1,450.00 |
| Bank of America, 5029 | 8/26/21 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bank of America, 5029 | 9/1/21 | | ACH | Wells Real Estate Investment LLC | | 250.00 |
| Bank of America, 5029 | 9/2/21 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bank of America, 5029 | 9/8/21 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bank of America, 5029 | 9/13/21 | | ACH | Wells Real Estate Investment LLC | | 5,901.80 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 9/17/21 | | ACH | Wells Real Estate Investment LLC | | 4,830.61 |
| Bank of America, 5029 | 9/22/21 | | ACH | Wells Real Estate Investment LLC | | 320.00 |
| Bank of America, 5029 | 9/23/21 | | ACH | Wells Real Estate Investment LLC | | 2,000.70 |
| Bank of America, 5029 | 9/29/21 | | ACH | Wells Real Estate Investment LLC | | 3,063.74 |
| Bank of America, 5029 | 10/1/21 | | ACH | Wells Real Estate Investment LLC | | 4,350.00 |
| Bank of America, 5029 | 10/5/21 | | ACH | Wells Real Estate Investment LLC | | 6,500.00 |
| Bank of America, 5029 | 10/8/21 | | ACH | Wells Real Estate Investment LLC | | 8,386.05 |
| Bank of America, 5029 | 10/12/21 | | ACH | Wells Real Estate Investment LLC | | 1,786.05 |
| Bank of America, 5029 | 10/14/21 | | ACH | Wells Real Estate Investment LLC | | 4,050.00 |
| Bank of America, 5029 | 10/15/21 | | ACH | Wells Real Estate Investment LLC | | 2,450.00 |
| Bank of America, 5029 | 10/20/21 | | ACH | Wells Real Estate Investment LLC | | 8,232.33 |
| Bank of America, 5029 | 10/22/21 | | ACH | Wells Real Estate Investment LLC | | 7,620.00 |
| Bank of America, 5029 | 10/25/21 | | ACH | Wells Real Estate Investment LLC | | 4,000.00 |
| Bank of America, 5029 | 10/28/21 | | ACH | Wells Real Estate Investment LLC | | 6,100.00 |
| Bank of America, 5029 | 11/3/21 | | ACH | Wells Real Estate Investment LLC | | 1,828.14 |
| Bank of America, 5029 | 11/4/21 | | ACH | Wells Real Estate Investment LLC | | 580.00 |
| Bank of America, 5029 | 11/8/21 | | ACH | Wells Real Estate Investment LLC | | 2,300.00 |
| Bank of America, 5029 | 11/12/21 | | ACH | Wells Real Estate Investment LLC | | 1,425.30 |
| Bank of America, 5029 | 11/15/21 | | ACH | Wells Real Estate Investment LLC | | 890.00 |
| Bank of America, 5029 | 11/16/21 | | ACH | Wells Real Estate Investment LLC | | 100.00 |
| Bank of America, 5029 | 11/19/21 | | ACH | Wells Real Estate Investment LLC | | 4,306.01 |
| Bank of America, 5029 | 11/24/21 | | ACH | Wells Real Estate Investment LLC | | 11,630.00 |
| Bank of America, 5029 | 12/2/21 | | ACH | Wells Real Estate Investment LLC | | 5,458.50 |

<table>
<tr><td colspan="7"><b>Securities and Exchange Commission,<br>Plaintiff<br>v.<br>Wells Real Estate Investment LLC, et al.<br>Defendants<br>Case No.: 9:24-cv-80980-DMM<br>United States District Court<br>For the Southern District of Florida</b></td></tr>
<tr><td colspan="7"><b>Transfer To/From: Wealth Influencers</b></td></tr>
<tr><td colspan="7"><b>Source:</b> Bank statements & Bill.com</td></tr>
</table>

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 12/3/21 | | ACH | Wells Real Estate Investment LLC | | 10,450.00 |
| Bank of America, 5029 | 12/7/21 | | ACH | Wells Real Estate Investment LLC | | 3,251.05 |
| Bank of America, 5029 | 1/5/22 | | ACH | Wells Real Estate Investment LLC | | 42,782.36 |
| Bank of America, 5029 | 1/7/22 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bank of America, 5029 | 1/13/22 | | ACH | Wells Real Estate Investment LLC | | 666.14 |
| Bank of America, 5029 | 1/20/22 | | ACH | Wells Real Estate Investment LLC | | 830.00 |
| Bank of America, 5029 | 1/26/22 | | ACH | Wells Real Estate Investment LLC | | 1,749.99 |
| Bank of America, 5029 | 1/28/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bank of America, 5029 | 2/2/22 | | ACH | Wells Real Estate Investment LLC | | 1,965.22 |
| Bank of America, 5029 | 2/3/22 | | ACH | Wells Real Estate Investment LLC | | 1,820.06 |
| Bank of America, 5029 | 2/7/22 | | ACH | Wells Real Estate Investment LLC | | 4,155.00 |
| Bank of America, 5029 | 2/14/22 | | ACH | Wells Real Estate Investment LLC | | 1,585.00 |
| Bank of America, 5029 | 2/22/22 | | ACH | Wells Real Estate Investment LLC | | 1,250.00 |
| Bank of America, 5029 | 2/22/22 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bank of America, 5029 | 2/25/22 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bank of America, 5029 | 3/1/22 | | ACH | Wells Real Estate Investment LLC | | 1,049.90 |
| Bank of America, 5029 | 3/3/22 | | ACH | Wells Real Estate Investment LLC | | 1,900.00 |
| Bank of America, 5029 | 3/7/22 | | ACH | Wells Real Estate Investment LLC | | 737.49 |
| Bank of America, 5029 | 3/9/22 | | ACH | Wells Real Estate Investment LLC | | 982.10 |
| Bank of America, 5029 | 3/16/22 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bank of America, 5029 | 3/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,682.90 |
| Bank of America, 5029 | 3/17/22 | | ACH | Wells Real Estate Investment LLC | | 4,300.00 |
| Bank of America, 5029 | 3/25/22 | | ACH | Wells Real Estate Investment LLC | | 2,461.45 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 3/29/22 | | ACH | Wells Real Estate Investment LLC | | 1,370.04 |
| Bank of America, 5029 | 3/31/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bank of America, 5029 | 4/4/22 | | ACH | Wells Real Estate Investment LLC | | 1,791.05 |
| Bank of America, 5029 | 4/7/22 | | ACH | Wells Real Estate Investment LLC | | 4,400.00 |
| Bank of America, 5029 | 4/8/22 | | ACH | Wells Real Estate Investment LLC | | 800.00 |
| Bank of America, 5029 | 4/11/22 | | ACH | Wells Real Estate Investment LLC | | 6,850.00 |
| Bank of America, 5029 | 4/14/22 | | ACH | Wells Real Estate Investment LLC | | 2,118.00 |
| Bank of America, 5029 | 4/18/22 | | ACH | Wells Real Estate Investment LLC | | 1,820.00 |
| Bank of America, 5029 | 4/21/22 | | ACH | Wells Real Estate Investment LLC | | 6,191.60 |
| Bank of America, 5029 | 4/22/22 | | ACH | Wells Real Estate Investment LLC | | 1,100.00 |
| Bank of America, 5029 | 4/29/22 | | ACH | Wells Real Estate Investment LLC | | 5,272.00 |
| Bank of America, 5029 | 5/4/22 | | ACH | Wells Real Estate Investment LLC | | 850.00 |
| Bank of America, 5029 | 5/5/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bank of America, 5029 | 5/11/22 | | ACH | Wells Real Estate Investment LLC | | 3,444.00 |
| Bank of America, 5029 | 5/11/22 | | ACH | Wells Real Estate Investment LLC | | 2,120.00 |
| Bill.com | 5/12/22 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bank of America, 5029 | 5/18/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bank of America, 5029 | 5/19/22 | | ACH | Wells Real Estate Investment LLC | | 2,639.83 |
| Bank of America, 5029 | 5/26/22 | | ACH | Wells Real Estate Investment LLC | | 1,930.00 |
| Bank of America, 5029 | 6/2/22 | | ACH | Wells Real Estate Investment LLC | | 22,550.00 |
| Bill.com | 6/6/22 | | ACH | Wells Real Estate Investment LLC | | 3,498.00 |
| Bill.com | 6/7/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 6/8/22 | | ACH | Wells Real Estate Investment LLC | | 7,500.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 6/9/22 | | ACH | Wells Real Estate Investment LLC | | 850.00 |
| Bill.com | 6/14/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 6/14/22 | | ACH | Wells Real Estate Investment LLC | | 10,000.00 |
| Bank of America, 5029 | 6/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,457.23 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 100.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 400.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 700.00 |
| Bill.com | 6/23/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 100.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 150.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 2,250.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 6/30/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/30/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 7/1/22 | | ACH | Wells Real Estate Investment LLC | | 308.00 |
| Bill.com | 7/1/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 7/1/22 | | ACH | Wells Real Estate Investment LLC | | 800.00 |
| Bill.com | 7/6/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 7/6/22 | | ACH | Wells Real Estate Investment LLC | | 350.00 |
| Bill.com | 7/6/22 | | ACH | Wells Real Estate Investment LLC | | 100.00 |
| Bill.com | 7/7/22 | | ACH | Wells Real Estate Investment LLC | | 150.00 |
| Bill.com | 7/7/22 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bill.com | 7/7/22 | | ACH | Wells Real Estate Investment LLC | | 1,450.00 |
| Bill.com | 7/7/22 | | ACH | Wells Real Estate Investment LLC | | 1,909.06 |
| Bill.com | 7/8/22 | | ACH | Wells Real Estate Investment LLC | | 3,735.00 |
| Bill.com | 7/8/22 | | ACH | Wells Real Estate Investment LLC | | 375.00 |
| Bill.com | 7/8/22 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bill.com | 7/8/22 | | ACH | Wells Real Estate Investment LLC | | 5,000.00 |
| Bill.com | 7/8/22 | | ACH | Wells Real Estate Investment LLC | | 446.00 |
| Bill.com | 7/11/22 | | ACH | Wells Real Estate Investment LLC | | 450.00 |
| Bill.com | 7/11/22 | | ACH | Wells Real Estate Investment LLC | | 1,125.00 |
| Bill.com | 7/11/22 | | ACH | Wells Real Estate Investment LLC | | 2,700.00 |
| Bill.com | 7/14/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 250.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 395.47 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 486.54 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 1,320.50 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 2,250.00 |
| Bill.com | 7/19/22 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bill.com | 7/27/22 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bill.com | 7/27/22 | | ACH | Wells Real Estate Investment LLC | | 4,515.00 |
| Bill.com | 7/27/22 | | ACH | Wells Real Estate Investment LLC | | 874.14 |
| Bill.com | 7/27/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 7/29/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 7/29/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 8/2/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 8/2/22 | | ACH | Wells Real Estate Investment LLC | | 2,400.00 |
| Bill.com | 8/2/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 8/3/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 8/3/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 8/3/22 | | ACH | Wells Real Estate Investment LLC | | 150.00 |
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 1,670.08 |
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 588.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 400.00 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 949.26 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 1,201.72 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 100.00 |
| Bill.com | 8/15/22 | | ACH | Wells Real Estate Investment LLC | | 360.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,410.30 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 150.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 480.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,056.50 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 400.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 180.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 120.01 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 80.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 150.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 360.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 360.00 |
| Bill.com | 8/18/22 | | ACH | Wells Real Estate Investment LLC | | 212.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 360.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 609.48 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 180.00 |
| Bill.com | 8/26/22 | | ACH | Wells Real Estate Investment LLC | | 1,813.48 |
| Bill.com | 8/26/22 | | ACH | Wells Real Estate Investment LLC | | 640.89 |
| Bill.com | 9/2/22 | | ACH | Wells Real Estate Investment LLC | | 1,608.49 |
| Bill.com | 9/7/22 | | ACH | Wells Real Estate Investment LLC | | 1,175.25 |
| Bill.com | 9/7/22 | | ACH | Wells Real Estate Investment LLC | | 204.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 3,600.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 320.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 320.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 320.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 694.80 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 480.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 160.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 320.00 |
| Bill.com | 9/13/22 | | ACH | Wells Real Estate Investment LLC | | 7,128.00 |
| Bill.com | 9/14/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 3,600.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 360.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 360.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bill.com | 9/22/22 | | ACH | Wells Real Estate Investment LLC | | 674.64 |
| Bill.com | 9/22/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 9/22/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 9/26/22 | | ACH | Wells Real Estate Investment LLC | | 642.36 |
| Bill.com | 9/26/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 9/26/22 | | ACH | Wells Real Estate Investment LLC | | 1,827.34 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 1,015.08 |

<table>
<tr><td colspan="7">Securities and Exchange Commission,<br>Plaintiff<br>v.<br>Wells Real Estate Investment LLC, et al.<br>Defendants<br>Case No.: 9:24-cv-80980-DMM<br>United States District Court<br>For the Southern District of Florida</td></tr>
</table>

| | | | | Transfer To/From: Wealth Influencers | | |
|---|---|---|---|---|---|---|

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 1,800.00 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 18,500.07 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 18,500.15 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 19,512.22 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 280.00 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 9/28/22 | | ACH | Wells Real Estate Investment LLC | | 960.00 |
| Bill.com | 9/28/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 9/28/22 | | ACH | Wells Real Estate Investment LLC | | 400.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 521.16 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 2,551.11 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 1,800.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 4,200.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 400.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 360.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 402.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 630.00 |
| Bill.com | 10/24/22 | | ACH | Wells Real Estate Investment LLC | | 160.00 |
| Bill.com | 10/24/22 | | ACH | Wells Real Estate Investment LLC | | 2,463.87 |
| Bill.com | 10/24/22 | | ACH | Wells Real Estate Investment LLC | | 1,093.68 |
| Bill.com | 10/24/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 168.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 360.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 180.00 |
| Bill.com | 11/14/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,728.96 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 128.24 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,385.82 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bill.com | 11/21/22 | | ACH | Wells Real Estate Investment LLC | | 920.69 |
| Bill.com | 11/21/22 | | ACH | Wells Real Estate Investment LLC | | 1,600.00 |
| Bill.com | 11/29/22 | | ACH | Wells Real Estate Investment LLC | | 400.00 |
| Bill.com | 12/5/22 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bill.com | 12/14/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 12/15/22 | | ACH | Wells Real Estate Investment LLC | | 960.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 12/15/22 | | ACH | Wells Real Estate Investment LLC | | 1,037.08 |
| Bill.com | 12/20/22 | | ACH | Wells Real Estate Investment LLC | | 960.00 |
| Bill.com | 12/20/22 | | ACH | Wells Real Estate Investment LLC | | 2,800.00 |
| Bill.com | 12/20/22 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 12/20/22 | | ACH | Wells Real Estate Investment LLC | | 468.00 |
| Bill.com | 12/20/22 | | ACH | Wells Real Estate Investment LLC | | 1,998.00 |
| Bill.com | 12/21/22 | | ACH | Wells Real Estate Investment LLC | | 700.00 |
| Bill.com | 1/12/23 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 1,104.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 180.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 1/31/23 | | ACH | Wells Real Estate Investment LLC | | 100.00 |
| Bill.com | 2/3/23 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 2/3/23 | | ACH | Wells Real Estate Investment LLC | | 240.00 |
| Bill.com | 2/3/23 | | ACH | Wells Real Estate Investment LLC | | 100.00 |
| Bill.com | 2/7/23 | | ACH | Wells Real Estate Investment LLC | | 3,600.00 |
| Bill.com | 2/15/23 | | ACH | Wells Real Estate Investment LLC | | 1,020.00 |
| Bill.com | 2/15/23 | | ACH | Wells Real Estate Investment LLC | | 2,400.00 |
| Bill.com | 2/22/23 | | ACH | Wells Real Estate Investment LLC | | 2,400.00 |
| Bank of America, 5029 | 3/3/23 | 100019 | Counter Credit | Wells Real Estate Investment LLC | $ 360.00 | |
| Bill.com | 3/3/23 | | ACH | Wells Real Estate Investment LLC | | 180.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Wealth Influencers**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 3/10/23 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 3/24/23 | | ACH | Wells Real Estate Investment LLC | | 2,400.00 |
| Bill.com | 3/28/23 | | ACH | Wells Real Estate Investment LLC | | 120.00 |
| Bill.com | 4/5/23 | | ACH | Wells Real Estate Investment LLC | | 258.32 |
| Bill.com | 4/11/23 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 4/11/23 | | ACH | Wells Real Estate Investment LLC | | 450.00 |
| Bill.com | 5/10/23 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 6/12/23 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 7/11/23 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 8/10/23 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 9/12/23 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 10/10/23 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| | | | | | $ 360.00 | $ 608,267.38 |