# Exhibit G

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Angela Ruff**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 3/2/21 | | Wire | Wells Real Estate Investment LLC | $  29,502.20 | |
| Bank of America, 5029 | 4/27/21 | | ACH | Wells Real Estate Investment LLC | | $  319.82 |
| Bank of America, 5029 | 5/6/21 | | ACH | Wells Real Estate Investment LLC | | 395.00 |
| Bank of America, 5029 | 5/17/21 | | ACH | Wells Real Estate Investment LLC | | 150.00 |
| Bank of America, 5029 | 5/24/21 | | ACH | Wells Real Estate Investment LLC | | 367.27 |
| Bank of America, 5029 | 5/27/21 | | ACH | Wells Real Estate Investment LLC | | 4,057.23 |
| Bank of America, 5029 | 6/4/21 | | ACH | Wells Real Estate Investment LLC | | 1,497.30 |
| Bank of America, 5029 | 6/16/21 | | ACH | Wells Real Estate Investment LLC | | 158.93 |
| Bank of America, 5029 | 6/21/21 | | ACH | Wells Real Estate Investment LLC | | 2,000.00 |
| Bank of America, 5029 | 6/23/21 | | ACH | Wells Real Estate Investment LLC | | 9,672.04 |
| Bank of America, 5029 | 6/29/21 | | ACH | Wells Real Estate Investment LLC | | 7,617.90 |
| Bank of America, 5029 | 7/1/21 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bank of America, 5029 | 7/6/21 | | ACH | Wells Real Estate Investment LLC | | 956.82 |
| Bank of America, 5029 | 7/9/21 | | ACH | Wells Real Estate Investment LLC | | 306.98 |
| Bank of America, 5029 | 7/23/21 | | ACH | Wells Real Estate Investment LLC | | 293.62 |
| Bank of America, 0021 | 7/28/21 | | ACH | Wells Real Estate Investment LLC | | 221.27 |
| Bank of America, 5029 | 8/3/21 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bank of America, 5029 | 8/4/21 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bank of America, 5029 | 8/5/21 | | ACH | Wells Real Estate Investment LLC | | 4,080.00 |
| Bank of America, 5029 | 8/12/21 | | ACH | Wells Real Estate Investment LLC | | 301.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Securities and Exchange Commission,**<br>**Plaintiff**<br>**v.**<br>**Wells Real Estate Investment LLC, et al.**<br>**Defendants**<br>**Case No.: 9:24-cv-80980-DMM**<br>**United States District Court**<br>**For the Southern District of Florida** | | | |
| | | | **Transfer To/From: Angela Ruff** | | | |
| **Source:** Bank statements & Bill.com | | | | | | |
| **Bank ID #** | **Statement Clearing Date** | **Check # / Dep Ref #** | **Type** | **Payee / Received From** | **Deposits / Credits** | **Checks / Debits** |
| Bank of America, 5029 | 9/23/21 | | ACH | Wells Real Estate Investment LLC | | 250.00 |
| Bank of America, 5029 | 9/23/21 | | ACH | Wells Real Estate Investment LLC | | 998.78 |
| Bank of America, 5029 | 10/5/21 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bank of America, 5029 | 10/8/21 | | ACH | Wells Real Estate Investment LLC | | 1,195.35 |
| Bank of America, 5029 | 10/12/21 | | ACH | Wells Real Estate Investment LLC | | 495.35 |
| Bank of America, 5029 | 10/14/21 | | ACH | Wells Real Estate Investment LLC | | 150.00 |
| Bank of America, 5029 | 10/15/21 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bank of America, 5029 | 10/22/21 | | ACH | Wells Real Estate Investment LLC | | 3,750.00 |
| Bank of America, 5029 | 10/25/21 | | ACH | Wells Real Estate Investment LLC | | 4,000.00 |
| Bank of America, 5029 | 10/28/21 | | ACH | Wells Real Estate Investment LLC | | 2,500.00 |
| Bank of America, 5029 | 11/4/21 | | ACH | Wells Real Estate Investment LLC | | 164.07 |
| Bank of America, 5029 | 12/2/21 | | ACH | Wells Real Estate Investment LLC | | 150.00 |
| Bank of America, 5029 | 12/3/21 | | ACH | Wells Real Estate Investment LLC | | 15,000.00 |
| Bank of America, 5029 | 12/10/21 | | ACH | Wells Real Estate Investment LLC | | 14,000.00 |
| Bank of America, 5029 | 12/16/21 | | ACH | Wells Real Estate Investment LLC | | 4,166.72 |
| Bank of America, 5029 | 12/23/21 | | ACH | Wells Real Estate Investment LLC | | 2,666.65 |
| Bank of America, 5029 | 12/27/21 | | ACH | Wells Real Estate Investment LLC | | 3,750.00 |
| Bank of America, 5029 | 12/29/21 | | ACH | Wells Real Estate Investment LLC | | 839.41 |
| Bank of America, 0021 | 1/14/22 | | Wire | Wells Real Estate Investment LLC | | 221.27 |
| Bank of America, 0021 | 1/14/22 | | Wire | Wells Real Estate Investment LLC | | 221.27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Securities and Exchange Commission,<br>Plaintiff<br>v.<br>**Wells Real Estate Investment LLC, et al.**<br>**Defendants**<br>**Case No.: 9:24-cv-80980-DMM**<br>**United States District Court**<br>**For the Southern District of Florida** | | | |
| | | | **Transfer To/From: Angela Ruff** | | | |
| **Source:** Bank statements & Bill.com | | | | | | |
| **Bank ID #** | **Statement Clearing Date** | **Check # / Dep Ref #** | **Type** | **Payee / Received From** | **Deposits / Credits** | **Checks / Debits** |
| Bank of America, 5029 | 1/26/22 | | ACH | Wells Real Estate Investment LLC | | 1,666.65 |
| Bank of America, 5029 | 2/2/22 | | ACH | Wells Real Estate Investment LLC | | 1,435.51 |
| Bank of America, 5029 | 2/18/22 | | ACH | Wells Real Estate Investment LLC | | 625.00 |
| Bank of America, 0021 | 2/22/22 | | ACH | Wells Real Estate Investment LLC | | 221.27 |
| Bank of America, 5029 | 2/25/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bank of America, 5029 | 3/3/22 | | ACH | Wells Real Estate Investment LLC | | 750.00 |
| Bank of America, 5029 | 3/9/22 | | ACH | Wells Real Estate Investment LLC | | 509.79 |
| Bank of America, 5029 | 3/31/22 | | Wire | Wells Real Estate Investment LLC | | 4,110.69 |
| Bank of America, 5029 | 4/11/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bank of America, 5029 | 4/14/22 | | ACH | Wells Real Estate Investment LLC | | 1,059.00 |
| Bank of America, 5029 | 4/21/22 | | ACH | Wells Real Estate Investment LLC | | 1,546.55 |
| Bank of America, 5029 | 4/22/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bank of America, 5029 | 4/29/22 | | ACH | Wells Real Estate Investment LLC | | 1,205.60 |
| Bank of America, 5029 | 5/11/22 | | ACH | Wells Real Estate Investment LLC | | 1,270.50 |
| Bank of America, 5029 | 5/19/22 | | ACH | Wells Real Estate Investment LLC | | 306.00 |
| Bank of America, 5029 | 5/26/22 | | ACH | Wells Real Estate Investment LLC | | 250.00 |
| Bill.com | 6/14/22 | | ACH | Wells Real Estate Investment LLC | | 5,000.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 200.00 |
| Bill.com | 6/30/22 | | ACH | Wells Real Estate Investment LLC | | 100.00 |
| Bill.com | 7/7/22 | | ACH | Wells Real Estate Investment LLC | | 1,750.00 |

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Angela Ruff**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 7/7/22 | | ACH | Wells Real Estate Investment LLC | | 954.53 |
| Bill.com | 7/8/22 | | ACH | Wells Real Estate Investment LLC | | 1,245.00 |
| Bill.com | 7/8/22 | | ACH | Wells Real Estate Investment LLC | | 125.00 |
| Bill.com | 7/8/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 7/8/22 | | ACH | Wells Real Estate Investment LLC | | 2,500.00 |
| Bill.com | 7/8/22 | | ACH | Wells Real Estate Investment LLC | | 223.00 |
| Bill.com | 7/11/22 | | ACH | Wells Real Estate Investment LLC | | 375.00 |
| Bill.com | 7/11/22 | | ACH | Wells Real Estate Investment LLC | | 900.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 1,799.50 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 4,000.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 1,125.00 |
| Bill.com | 7/19/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 7/27/22 | | ACH | Wells Real Estate Investment LLC | | 1,000.00 |
| Bill.com | 7/27/22 | | ACH | Wells Real Estate Investment LLC | | 2,257.50 |
| Bill.com | 7/29/22 | | ACH | Wells Real Estate Investment LLC | | 100.00 |
| Bill.com | 7/29/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 470.01 |
| Bill.com | 8/18/22 | | ACH | Wells Real Estate Investment LLC | | 106.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 2,437.92 |
| Bill.com | 9/7/22 | | ACH | Wells Real Estate Investment LLC | | 391.75 |

<table>
<tr><td colspan="7"><b>Securities and Exchange Commission,</b><br><b>Plaintiff</b><br><b>v.</b><br><b>Wells Real Estate Investment LLC, et al.</b><br><b>Defendants</b><br><b>Case No.: 9:24-cv-80980-DMM</b><br><b>United States District Court</b><br><b>For the Southern District of Florida</b></td></tr>
<tr><td colspan="7"><b>Transfer To/From: Angela Ruff</b></td></tr>
<tr><td colspan="7"><b>Source:</b> Bank statements & Bill.com</td></tr>
</table>

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 231.60 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 400.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 9/22/22 | | ACH | Wells Real Estate Investment LLC | | 2,698.56 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 2,569.42 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 210.00 |
| Bill.com | 12/5/22 | | ACH | Wells Real Estate Investment LLC | | 500.00 |
| Bill.com | 12/20/22 | | ACH | Wells Real Estate Investment LLC | | 3,840.00 |
| Bill.com | 12/20/22 | | ACH | Wells Real Estate Investment LLC | | 666.00 |
| Bill.com | 2/15/23 | | ACH | Wells Real Estate Investment LLC | | 510.00 |
| Bill.com | 3/24/23 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bill.com | 5/24/23 | | ACH | Wells Real Estate Investment LLC | | 221.27 |
| Bank of America, 0021 | 7/5/23 | | ACH | Wells Real Estate Investment LLC | | 221.27 |
| Bank of America, 0021 | 7/31/23 | | ACH | Wells Real Estate Investment LLC | | 221.27 |
| Bank of America, 0021 | 8/25/23 | | ACH | Wells Real Estate Investment LLC | | 221.27 |
| | | | | | $  29,502.20 | $  152,591.83 |