# Exhibit H

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: David Bradford**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bank of America, 5029 | 10/22/21 | | Wire | Wells Real Estate Investment LLC | | $ 63,750.00 |
| Bank of America, 5029 | 12/27/21 | | ACH | Wells Real Estate Investment LLC | | 6,375.00 |
| Bank of America, 5029 | 2/22/22 | | Wire | Wells Real Estate Investment LLC | | 1,875.00 |
| Bank of America, 5029 | 2/25/22 | | ACH | Wells Real Estate Investment LLC | | 1,500.00 |
| Bank of America, 5029 | 3/25/22 | | ACH | Wells Real Estate Investment LLC | | 1,327.50 |
| Bank of America, 5029 | 4/14/22 | | ACH | Wells Real Estate Investment LLC | | 657.00 |
| Bank of America, 5029 | 4/21/22 | | ACH | Wells Real Estate Investment LLC | | 3,000.00 |
| Bank of America, 5029 | 5/11/22 | | ACH | Wells Real Estate Investment LLC | | 2,602.50 |
| Bank of America, 5029 | 6/13/22 | | ACH | Wells Real Estate Investment LLC | | 25,000.00 |
| Bill.com | 6/30/22 | | ACH | Wells Real Estate Investment LLC | | 300.00 |
| Bill.com | 7/7/22 | | ACH | Wells Real Estate Investment LLC | | 2,863.59 |
| | | | | | $ - | $ 109,250.59 |