# Exhibit I

**Securities and Exchange Commission,**
**Plaintiff**
**v.**
**Wells Real Estate Investment LLC, et al.**
**Defendants**
**Case No.: 9:24-cv-80980-DMM**
**United States District Court**
**For the Southern District of Florida**

**Transfer To/From: Francisco Herrera**

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 6/6/22 | | ACH | Wells Real Estate Investment LLC | | $    3,550.00 |
| Bill.com | 6/7/22 | | ACH | Wells Real Estate Investment LLC | | 3,500.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 700.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bill.com | 6/22/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bill.com | 6/23/22 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 1,050.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bill.com | 6/27/22 | | ACH | Wells Real Estate Investment LLC | | 600.00 |
| Bill.com | 7/6/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 7/7/22 | | ACH | Wells Real Estate Investment LLC | | 450.00 |
| Bill.com | 7/18/22 | | ACH | Wells Real Estate Investment LLC | | 3,500.00 |
| Bill.com | 7/27/22 | | ACH | Wells Real Estate Investment LLC | | 6,119.23 |
| Bill.com | 8/2/22 | | ACH | Wells Real Estate Investment LLC | | 5,880.00 |
| Bill.com | 8/2/22 | | ACH | Wells Real Estate Investment LLC | | 16,800.00 |
| Bill.com | 8/3/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bill.com | 8/3/22 | | ACH | Wells Real Estate Investment LLC | | 1,050.00 |
| Bill.com | 8/4/22 | | ACH | Wells Real Estate Investment LLC | | 2,700.00 |
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 1,680.00 |
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |

| | | | | | |
|---|---|---|---|---|---|
| Securities and Exchange Commission,<br>Plaintiff<br>v.<br>Wells Real Estate Investment LLC, et al.<br>Defendants<br>Case No.: 9:24-cv-80980-DMM<br>United States District Court<br>For the Southern District of Florida | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Transfer To/From: Francisco Herrera | | | | | |

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 8/5/22 | | ACH | Wells Real Estate Investment LLC | | 4,116.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 1,680.00 |
| Bill.com | 8/10/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 6,644.82 |
| Bill.com | 8/12/22 | | ACH | Wells Real Estate Investment LLC | | 4,200.00 |
| Bill.com | 8/15/22 | | ACH | Wells Real Estate Investment LLC | | 2,520.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,050.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,260.00 |
| Bill.com | 8/16/22 | | ACH | Wells Real Estate Investment LLC | | 1,680.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 2,520.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 8/17/22 | | ACH | Wells Real Estate Investment LLC | | 2,520.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 8,400.00 |
| Bill.com | 8/23/22 | | ACH | Wells Real Estate Investment LLC | | 1,260.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 9/8/22 | | ACH | Wells Real Estate Investment LLC | | 720.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 1,680.00 |

| Securities and Exchange Commission, |
|:---:|
| Plaintiff |
| v. |
| Wells Real Estate Investment LLC, et al. |
| Defendants |
| Case No.: 9:24-cv-80980-DMM |
| United States District Court |
| For the Southern District of Florida |

| Transfer To/From: Francisco Herrera |
|:---:|

**Source:** Bank statements & Bill.com

| Bank ID # | Statement Clearing Date | Check # / Dep Ref # | Type | Payee / Received From | Deposits / Credits | Checks / Debits |
|---|---|---|---|---|---|---|
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 2,520.00 |
| Bill.com | 9/19/22 | | ACH | Wells Real Estate Investment LLC | | 2,520.00 |
| Bill.com | 9/22/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 2,100.00 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 12,791.39 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 1,960.00 |
| Bill.com | 9/27/22 | | ACH | Wells Real Estate Investment LLC | | 1,680.00 |
| Bill.com | 9/28/22 | | ACH | Wells Real Estate Investment LLC | | 6,720.00 |
| Bill.com | 9/28/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 1,680.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 1,400.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 10/4/22 | | ACH | Wells Real Estate Investment LLC | | 1,680.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 1,200.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 2,520.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 4,200.00 |
| Bill.com | 10/13/22 | | ACH | Wells Real Estate Investment LLC | | 840.00 |
| Bill.com | 10/24/22 | | ACH | Wells Real Estate Investment LLC | | 1,680.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 10,500.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 1,176.00 |
| Bill.com | 10/31/22 | | ACH | Wells Real Estate Investment LLC | | 2,520.00 |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 12,102.74 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Securities and Exchange Commission,**<br>**Plaintiff**<br>**v.**<br>**Wells Real Estate Investment LLC, et al.**<br>**Defendants**<br>**Case No.: 9:24-cv-80980-DMM**<br>**United States District Court**<br>**For the Southern District of Florida** | | | | | | |
| | | | | | | |
| **Transfer To/From: Francisco Herrera** | | | | | | |
| | | | | | | |
| **Source:** Bank statements & Bill.com | | | | | | |
| | | | | | | |
| **Bank ID #** | **Statement Clearing Date** | **Check # / Dep Ref #** | **Type** | **Payee / Received From** | **Deposits / Credits** | **Checks / Debits** |
| Bill.com | 11/16/22 | | ACH | Wells Real Estate Investment LLC | | 9,700.71 |
| | | | | | | |
| | | | | | $          - | $  194,280.89 |