UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-81001-DMM**

ANDRES RIVERO, as Receiver of
WELLS REAL ESTATE INVESTMENT, LLC,
*et al.*,

        Plaintiff,

v.

BANAMERICA FINANCIAL GROUP, INC.,
CONFIA FINANCIAL CORPORATION,
FINANCIAL RESCUE & ASSOCIATES LLC,
GIANOTTI FAMILY OFFICE LLC,
L&E FINANCIAL SERVICES LLC,
WEALTH INFLUENCERS NETWORK, LLC,
ANGELA RUFF, DAVID BRADFORD, and
FRANCISCO HERRERA,

        Defendants.
_____/

## PLAINTIFF'S STATUS REPORT

Andres Rivero, as Receiver of Wells Real Estate Investment, LLC, and its related entities (the "Receiver"), files this status report as ordered by this Court [ECF No. 13] and states:

1. The Receiver filed his complaint against Banamerica Financial Group, Inc. ("Banamerica"), Confia Financial Corporation ("Confia"), Financial Rescue & Associates LLC ("Financial Rescue"), Gianotti Family Office LLC ("GFO"), L&E Financial Services LLC ("L&E"), Wealth Influencers Network, LLC ("Wealth Influencers"), Angela Ruff, and David Bradford (collectively "Defendants") on August 13, 2025 [ECF No. 1], seeking to avoid and recover fraudulent transfers that the Receivership Entities[1] made to Defendants.

---

[1] Receivership Entities refers to: Wells Real Estate Investment, LLC; Cambridge Real Estate Management, LLC; 60 Yacht Club, LLC; 112 South Olive, LLC; 791 Parkside Home, LLC; 910 Parkside, LLC; 930 Parkside, LLC; 976 Palm Beach Square, LLC; 1070 Boca Raton Square,

2. At the time the Receivership Entities made the transfers at issue, they were being controlled and operated by individuals Janalie C. Bingham and Jean Joseph as part of the Fraudulent Scheme described in the Complaint. *See* Compl. [ECF No. 1] at ¶ 44.

3. The summons for Confia, Financial Rescue, GFO, L&E, Wealth Influencers, Francisco Herrera, Angela Ruff, and David Bradford were issued on August 15, 2025. *See* ECF No. 6.

4. GFO and Financial Rescue were served with the complaint and summons on August 22, 2025. *See* ECF Nos. 7 and 8.

5. GFO's and Financial Rescue's answers to the complaint were due on September 12, 2025.

6. Following service, the Receiver has been in settlement communications with GFO and Financial. GFO and Financial requested additional time to respond to the Complaint while the parties continue to negotiate in good faith.

7. Confia, Wealth Influencers, and Herrera each agreed to waive service. *See* ECF Nos. 9, 10, and 11.

8. Wealth Influencer's answer was due October 27, 2025, and Confia's and Herrera's answers were due on November 3, 2025.

9. The Receiver has also been in active settlement discussions with Wealth Influencers, Confia, and Herrera. These Defendants have likewise requested additional time to respond to the Complaint while the parties continue to negotiate in good faith.

---

LLC; 2082 Paradise Palm, LLC; 2295 Corporate Blvd. LLC; 4050 NW LLC; 4100 Hospital Office, LLC; 4800 Federal, LLC; 7352 Valencia, LLC; 7483 Valencia, LLC; Boca Deerfield Properties, LLC; Daybreak Home, LLC; Globe Offices, LLC; Globe Property Offices, LLC; LW Square Office, LLC; Martiniqueâ Investments, LLC a/k/a Martinique's Investments LLC; Oakland Land Property, LLC; and South Olive Office, LLC.

2

10. On November 12, 2025, the Receiver served L&E with a copy of the Complaint and summons. Accordingly, L&E's answer to the complaint is due December 3, 2025.

11. The Receiver has not yet been able to serve Ruff or Bradford despite multiple diligent attempts.

12. The Receiver has made several attempts to serve Ruff and Bradford at their respective residential addresses at varying times of day, but those efforts have been unsuccessful.

13. The Receiver believes that Ruff and Bradford may be evading service and continues to pursue all reasonable means to effectuate service on them.

14. The Clerk recently issued summons for Banamerica on October 29, 2025.

15. After issuance of the summons, the Receiver attempted to serve Banamerica at its purported principal place of business. Service, however, was unsuccessful because Banamerica no longer operates at that location. The Receiver will continue to attempt to locate and serve Banamerica.

Dated: November 13, 2025

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for Receiver*
2525 Ponce de Leon Blvd.
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: afernandez@riveromestre.com
E-mail: jmestre@riveromestre.com
E-mail: tdiaz@riveromestre.com

*/s/ Amanda Fernandez*
Amanda Fernandez
Fla. Bar No. 106931
afernandez@riveromestre.com
Jorge A. Mestre

Fla. Bar No. 88145<br>
jmestre@riveromestre.com<br>
Taylor Diaz<br>
Fla. Bar No. 1040706<br>
tdiaz@riveromestre.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 13, 2025, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being electronically served today on all counsel of record through CM/ECF.

By: <u>*/s/ Amanda Fernandez*</u>
Amanda Fernanez