UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-81001-DMM**

ANDRES RIVERO, as Receiver of
WELLS REAL ESTATE INVESTMENT, LLC,
*et al.*,

        Plaintiff,

v.

BANAMERICA FINANCIAL GROUP, INC.,
CONFIA FINANCIAL CORPORATION,
FINANCIAL RESCUE & ASSOCIATES LLC,
GIANOTTI FAMILY OFFICE LLC,
L&E FINANCIAL SERVICES LLC,
WEALTH INFLUENCERS NETWORK, LLC,
ANGELA RUFF, DAVID BRADFORD, and
FRANCISCO HERRERA,

        Defendants.
_____/

## ANDRES RIVERO'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Plaintiff, Andres Rivero, as Receiver of Wells Real Estate Investment, LLC, and its related entities (the "Receiver"), respectfully submits this response to the Court's Order to Show Cause [ECF No. 17].

### I. DEFENDANTS WHO WERE SERVED

The Court's Order to Show Cause directs the Receiver to show cause why the claims against Defendants Wealth Influencers Network, LLC ("Wealth Influencers"), Confia Financial Corporation ("Confia"), Francisco Herrera ("Herrera"), Financial Rescue & Associates, LLC ("Financial Rescue"), Gianotti Family Office, LLC ("GFO"), and L&E Financial Services, LLC ("L&E")—all of whom have either been served or waived service—should not be dismissed for failure to prosecute.

### A. Wealth Influencers

As noted in the Receiver's status report [ECF No. 14], the Receiver has been negotiating with Wealth Influencers about a potential settlement. The Receiver has now reached a settlement agreement with Wealth Influencers, which is contingent on approval by the Receivership Court. The Receiver has filed with this Court a Notice of Settlement. ECF No. 20. As referenced in the Notice of Settlement, the Receiver will be filing a motion with the Receivership Court to seek approval of the settlement agreement. In light of this agreement, the Receiver does not intend to seek entry of default against Wealth Influencers. The Receiver respectfully submits that the claims against Wealth Influencers should not be dismissed while approval of the settlement agreement by the Receivership Court is pending.

### B. Confia and Herrera

Counsel for Confia and Herrera has now formally appeared in this case and filed an agreed motion for an extension of time to respond to the Complaint. ECF No. 19. The Receiver is engaged in ongoing, good-faith settlement discussions with both Confia and Herrera, and in deference to their counsel's appearance and these negotiations, the Receiver does not intend to seek entry of default against these defendants at this time. The Receiver respectfully submits that the claims against Confia and Herrera should not be dismissed for failure to prosecute, as active efforts to resolve the claims are ongoing and their counsel has appeared.

### C. Financial Rescue and GFO

As noted in the Receiver's Status Report [ECF No. 14], the Receiver has been in communication with Financial Rescue and GFO regarding potential settlement. Initially, the Receiver agreed not to move for default against Financial Rescue and GFO due to the ongoing settlement negotiations. However, in light of the Court's Order to Show Cause, the Receiver

informed Financial Rescue and GFO that, unless they filed an answer by the Court's deadline, the Receiver would be seeking default. Financial Rescue and GFO have neither appeared or responded to the Complaint. As such, the Receiver has filed, contemporaneously with this response, motions for entry of clerk's default against Financial Rescue and GFO. The Receiver respectfully requests that the Court not dismiss these claims for failure to prosecute while the motions for default are pending.

### D. L&E Financial Services

L&E was served immediately prior to the filing of the Receiver's Status Report. Since service, the Receiver has engaged with L&E regarding a potential settlement of the claims asserted against it. Counsel for L&E recently appeared in this action and filed a motion for extension of time to respond to the Complaint. ECF No. 22. In light of this appearance and the ongoing discussions about a potential settlement, the Receiver does not intend to seek entry of a default against L&E at this time. The Receiver respectfully submits that the claims against L&E should not be dismissed for failure to prosecute, as active efforts to resolve the claims are ongoing and their counsel has appeared.

## II. DEFENDANTS WHO HAVE NOT YET BEEN SERVED

The Court's Show Cause Order further directs the Receiver to show cause why the claims against Defendants Angela Ruff ("Ruff"), David Bradford ("Bradford"), and Banamerica Financial Group, Inc. ("Banamerica")—who have been served with process—should not be dismissed.

The Receiver has made substantial efforts to effectuate service on these Defendants. In particular, as to Ms. Ruff and Mr. Bradford, multiple attempts were made at their known residence at varying times and dates. Despite these repeated efforts, they appear to be actively

evading service. The Receiver has engaged a process server to conduct additional investigative measures, including a skip trace, to locate and serve them.

Similar efforts are ongoing with respect to Banamerica. The Receiver attempted service at the address registered with the Illinois Secretary of State for Banamerica. Banamaerica, however, no longer operates at that address. The Receiver has engaged a process server to conduct additional investigative measures to locate and serve Banamerica.

To preserve the Receiver's claims, motions for extension of time to serve these defendants under Federal Rule of Civil Procedure 4(m) have been filed contemporaneously with this response. These motions request additional time to serve Ruff, Bradford, and Banamerica while the Receiver continues to pursue service. In light of these efforts and the pending motions, the Receiver respectfully requests that these defendants not be dismissed from the action.

### III. CONCLUSION

In light of the foregoing, the Receiver respectfully requests that the Court not dismiss the claims against any of the defendants at this time.

Date: December 10, 2025

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for the Receiver*
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505

By: /s/ *Amanda Fernandez*
　　AMANDA FERNANDEZ
　　Fla. Bar No. 106931
　　afernandez@riveromestre.com
　　JORGE MESTRE
　　Fla. Bar No. 88145
　　jmestre@riveromestre.com
　　TAYLOR DIAZ
　　Fla. Bar No. 1040706

tdiaz@riveromestre.com

## **CERTIFICATE OF SERVICE**

I certify that on December 10, 2025, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being electronically served today on all counsel of record through CM/ECF.

By: */s/ Amanda Fernandez*
Amanda Fernandez