**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 9:25-cv-81001-MIDDLEBROOKS/MATTHEWMAN

ANDRES RIVERO, as Receiver of
WELLS REAL ESTATE INVESTMENT, LLC,
et al.,

      Plaintiff,

          v.

BANAMERICA FINANCIAL GROUP, INC.,
CONFIA FINANCIAL CORPORATION,
FINANCIAL RESCUE & ASSOCIATES LLC,
GIANOTTI FAMILY OFFICE LLC,
L&E FINANCIAL SERVICES LLC,
WEALTH INFLUENCERS NETWORK, LLC,
ANGELA RUFF, DAVID BRADFORD, and
FRANCISCO HERRERA,

      Defendants.

_____/

**THE GIANNOTTI DEFENDANTS' MOTION FOR LEAVE**
**TO FILE ANSWER TO RECEIVER'S COMPLAINT**

Defendants Financial Rescue & Associates LLC and Giannotti Family Office LLC (collectively the "Giannotti Defendants") respectfully move for leave to file an Answer *instanter* to the Complaint filed by Andres Rivero as the Court-appointed receiver (the "Receiver"). In support of this Motion, the Giannotti Defendants state as follows:

1.     The Receiver initiated this action on August 13, 2025, filing the Complaint against a number of defendants, including the Giannotti Defendants, seeking to avoid and recover transfers made to defendants that the Receiver alleges are fraudulent transfers. *See, e.g.*, DE 1 and DE 17.

2.     The Complaint was served on the Giannotti Defendants on August 22, 2025, with responses to the Complaint due by September 13, 2025. DE 7 and 8.

3.     After the Giannotti Defendants retained the undersigned counsel, counsel contacted counsel for the Receiver on October 9, 2025 requesting a time to discuss the claims and potential resolution. Counsel for the Giannotti Defendants and the Receiver first spoke on October 13, 2025 and have been engaged in settlement discussions since then.

4.     In the course of these discussions, counsel for the Giannotti Defendants indicated to counsel for the Receiver that to preserve assets for a potential settlement, they would hold off on responding to the Complaint, including appearing. Counsel for the Receiver indicated that this was acceptable to them, but that the Court may require a response to the Complaint. Consistent with that, counsel for the Receiver filed a status report, DE 14, reporting the active settlement discussions with the Giannotti Defendants.

5.     In response to that status report, the Court issued an Order to Show Cause requiring the Receiver to show cause why its claims against the Giannotti Defendants should not be dismissed for failure to prosecute. DE 17. Counsel for the Receiver promptly forwarded the Court's Order to Show Cause to the Giannotti Defendants' counsel.

6.     Given the Court's Order to Show Cause, the Giannotti Defendants now bring this motion seeking leave to file an answer to the Complaint. A copy of the proposed answer is attached to this Motion as Exhibit 1 and will be filed as soon as the Court grants leave or otherwise allows for its filing.

7.     Counsel for the Receiver has indicated that they do not oppose this request by the Giannotti Defendants for the opportunity to file an Answer.

8.     The Giannotti Defendants wish to make clear to the Court that their failure to appear and answer the Complaint earlier was not intended to delay or otherwise ignore this

litigation or the Court, but rather was simply an effort to preserve limited resources so that they might be available for a potential settlement, rather than being spent on the cost of litigation that such a settlement might make unnecessary. To the extent that this created any issues for the Court, counsel for the Giannotti Defendants regret this.

Dated: December 10, 2025

Respectfully submitted,

**DEFENDANTS FINANCIAL RESCUE & ASSOCIATES LLC and GIANNOTTI FAMILY OFFICE LLC**

By: /s/ Gary I. Masel

Gary I. Masel
Florida Bar No. 26532
MAXSON MAGO & MACAULAY LLP
101 NE 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33301
gmasel@em3law.com

Michael B. Cohen (*pro hac vice application to be filed*)
Max A. Stein (*pro hac vice application to be filed*)
MAXSON MAGO & MACAULAY LLP
77 W. Wacker Drive, Suite 4500
Chicago, IL  60601
mcohen@em3law.com
mstein@em3law.com